<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7453**

REGINALD TERRELL LEACH,

       Plaintiff - Appellant,

    v.

CHERYL BELL; ANTHONY E. RAND; WILLIS J. FOWLER; DERRICK E.
WADSWORTH; CHARLES MANN, SR.; ANDREW TERRELL,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge. (5:11-ct-03203-BO)

Submitted: November 20, 2012     Decided: November 27, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Reginald Terrell Leach, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Terrell Leach appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Leach's motions for appointment of counsel and for relief from his obligation to serve the Appellees and affirm for the reasons stated by the district court. See Leach v. Bell, No. 5:11-ct-03203-BO (E.D.N.C. May 2, 2012; June 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED